**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6300**

ORLANDO ALFARO,

              Plaintiff - Appellant,

         v.

UNITED STATES OF AMERICA; D. STEPHENS; MACK BONNER; MAITE
SERRANO-MERCADO,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
District Judge. (5:09-ct-3073-D)

Submitted:  July 21, 2011          Decided:  July 25, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Orlando Alfaro, Appellant Pro Se.   Edward D. Gray, Assistant
United States Attorney, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Alfaro appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. § 2671 - 2680. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Alfaro v. United States, No. 5:09-ct-3073-D (E.D.N.C. Feb. 8, 2011). We also deny Alfaro's motion to extend or stay the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2